JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/22/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| **FRANK SINGH**,<br><br>          Plaintiff,<br><br>v.<br><br>**5060 MONTCLAIR PLAZA LANE OWNER, LLC, MACY'S WEST STORES, INC.,** an Ohio Corporation, and DOES 1-50, Inclusive,<br><br>          Defendants. | Case No.: 5:18-cv-2333-FMO-JPR<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS ORDERED** that this action be and is hereby dismissed against Defendant, **MACY'S WEST STORES, INC., WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date: October 22, 2019

                                                                      _____/s/_____
                                                                      FERNANDO M. OLGUIN
                                                                      United States District Judge